# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD RILEY and MARK PHILLIPS, | No. 4:19-CV-00335 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| MARK LUSK, | |
| Defendant. | |

## ORDER

**AND NOW**, this 29th day of July 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 7 is **GRANTED**. Plaintiffs may file an amended complaint by August 12, 2019. If no amended complaint is filed by that date, the action will be summarily dismissed pursuant to Fed. R. Civ. P. 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge